**REJEANA YONGPANYA,**

    **Plaintiff,**

                            **CASE No. 3:23-cv-00771**

**vs.**


**CHRISTOPHER CLAYBROOKS,**

    **Defendant.**

_____/


## COMPLAINT

Plaintiff, Rejeana Yongpanya, sues Defendant, Christopher Claybrooks, and alleges:

### Introduction, Jurisdiction and Venue

1. This is a civil action seeking damages in excess of $75,000, exclusive of interest and costs, against Defendant for committing battery and intentional infliction of emotion distress against her.

2. During the period beginning in approximately February, 2022, through approximately June 15, 2023, the Defendant committed battery and intentional infliction of emotional distress against the

Plaintiff by hitting her, kicking her, and dragging her in various private and public locations. He also engaged in verbal threats against her and curtailed her freedom by detaining her luggage and passport and locking her into and out of locations.

3. A substantial part of the events giving rise to the claims in this action occurred in Jacksonville, Florida, which is within the Middle District of Florida, Jacksonville Division.

4. Plaintiff, Rejeana Yongpanya, is a resident of the State of California and a citizen of Canada.

5. Defendant, Christopher Claybrooks, is a citizen of the State of Florida and a citizen of the United States, and is a resident of Duval County, Florida which is in the venue of the Jacksonville Division of the Middle District of Florida.

6. The Court has jurisdiction of this action under 28 U.S.C. § 1332.

7. Venue is proper under 28 U.S.C. § 1391.

**COUNT ONE**

8. Plaintiff incorporates the above allegations of paragraphs one through seven into this count.

9. Beginning in approximately February, 2022, through approximately June 15, 2023, Defendant committed battery against Plaintiff by

infliction of a harmful or offensive contact upon Plaintiff with the intent to cause such contact.

10. As a direct and proximate result of the battery that Defendant committed on Plaintiff, Plaintiff suffered injuries and resulting pain and suffering, disfigurement, mental pain and suffering, mental anguish, loss of capacity for the enjoyment of life, and the cost of medical and psychological treatment. The losses are permanent and continuing, and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Rejeana Yongpanya, demands judgement against Defendant, Christopher Claybrooks, for compensatory damages in excess of $75,000, and punitive damages in an amount to be determined by the trier of fact and such other relief as this Court deems just, proper, and equitable.

## COUNT TWO

11. Plaintiff incorporates the above allegations of paragraphs one through seven into this count.

12. Beginning in approximately February, 2022, through approximately June 8, 2023, Defendant committed intentional infliction of emotional distress against Plaintiff in that his conduct was intentional or reckless, that is, he intended his behavior when he knew or should

have known that emotional distress would likely result; the conduct was outrageous, that is, as to go beyond all bounds of decency, and to be regarded as odious and utterly intolerable in a civilized community; the conduct caused emotional distress; and the emotional distress was severe.

13. As a direct and proximate result of the intentional infliction of emotional distress that Defendant committed on Plaintiff, Plaintiff suffered injuries and resulting pain and suffering, disfigurement, mental pain and suffering, mental anguish, loss of capacity for the enjoyment of life, and the cost of medical and psychological treatment. The losses are permanent and continuing, and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Rejeana Yongpanya, demands judgement against Defendant, Christopher Claybrooks, for compensatory damages in excess of $75,000, and punitive damages in an amount to be determined by the trier of fact and such other relief as this Court deems just, proper, and equitable.

Respectfully submitted this 30th day of June, 2023.

s/ James Glober
James Glober, Esq.
Fla. Bar No. 612359

s/ Bonnie K. Glober
Bonnie K. Glober, Esq.
Fla. Bar No. 748307

Attorneys for Plaintiff
Glober + Glober, Attorneys, P.A.
422 Jacksonville Drive
Jacksonville Beach, FL 32250
904-633-9999
904-388-0968- Facsimile
jglober@globerlaw.com
bglober@globerlaw.com
awilliams@globerlaw.com